IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:13-CV-455-BO

| | | |
|---|---|---|
| MOONRACER, INC. D/B/A SYNAPTIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| | ) | |
| JORDAN N. COLLARD, | ) | |
| | ) | |
| Defendant. | ) | |

Upon motion of Plaintiff Moonracer, Inc. d/b/a Synaptis and Defendant Jordan N. Collard, with the consent of IT Convergence, and for good cause shown, the Court hereby grants the parties' Joint Motion to Consolidate. It is therefore ORDERED that the two actions, *Moonracer, Inc. d/b/a Synaptis v. Jordan N. Collard*, 5:13-CV-455-BO (E.D.N.C.), and *IT Convergence v. Moonracer, Inc., d/b/a Synaptis*, 5:13-CV-852-BO (E.D.N.C.), are hereby consolidated for discovery and all further proceedings. All future filings shall be docketed in the lead case *Moonracer, Inc. d/b/a Synaptis v. Jordan N. Collard*, 5:13-CV-455-BO (E.D.N.C.).

This the 18 day of February, 2014.

Terrence W. Boyle
United States District Court Judge
Eastern District North Carolina