UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CONSOLIDATED ACTION

| | | |
|---|---|---|
| MOONRACER, INC., d/b/a SYNAPTIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | No. 5:13-CV-455-BO |
| JORDAN N. COLLARD, | ) | |
| | ) | |
| Defendant. | ) | |
| & | | |
| IT CONVERGENCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 5:13-CV-852-BO |
| | ) | |
| MOONRACER, INC. d/b/a SYNAPTIS, | ) | |
| | ) | |
| Defendant. | | |

**Decision by Court.**
**This case came before District Judge Terrence W. Boyle, on pending motions.**

**IT IS ORDERED, ADJUDGED AND DECREED that Synaptis' motion for summary judgment is GRANTED. Synaptis' motion to compel is DENIED. Because summary judgment has been entered on all claims in case 5:13-CV-852-BO, consolidation is no longer appropriate. The clerk is DIRECTED to enter judgment consistent with the foregoing in 5:13-CV-852 and to close the case.**

This Judgment Filed and Entered on March 19, 2015 with service on:
Philip J. Layfield (via CM/ECF Notice of Electronic Filing)
Janet M. Conway (via CM/ECF Notice of Electronic Filing)
Kevin M. Ceglowski (via CM/ECF Notice of Electronic Filing)
Thomas K. Lindgren (via CM/ECF Notice of Electronic Filing)
John T. Moore (via CM/ECF Notice of Electronic Filing)

Lori P. Jones (via CM/ECF Notice of Electronic Filing)
Paul T. Flick (via CM/ECF Notice of Electronic Filing)

                                               JULIE RICHARDS JOHNSTON, CLERK

                                       /s/ Donna Rudd
                                       (By): Deputy Clerk