IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-455-BO

| | | |
|---|---|---|
| MOONRACER, INC. d/b/a SYNAPTIS, <br>     Plaintiff, | ) <br> ) <br> ) | |
| v. | ) <br> ) <br> ) | **ORDER** |
| JORDAN N. COLLARD, <br>     Defendant. | ) <br> ) | |

    This cause comes before the Court upon a joint motion to stay this proceeding pending appeal in a related case, *IT Convergence v. Moonracer, Inc., d/b/a Synaptis*, No. 5:13-CV-852-BO. For good cause shown, the motion to stay [DE 95] is GRANTED and this matter is hereby STAYED. The parties are DIRECTED to notify the Court within seven days of the date of entry of mandate in the related appeal or other circumstance which would cause this case to be ready to proceed to trial or other disposition.

    The remaining motions to stay [DE 88 & 89] are DENIED AS MOOT.

SO ORDERED, this __ day of May, 2015.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE